No. State 225.   COURTNEY, Plaintiff in error, V. STATE, Defendant in error.

(Also reported in 217 N. W. 2d 98.)

ERROR to review a judgment of the county court of Waukesha county entered November 9, 1972: WILLIAM G. CALLOW, Judge.

Criminal law. Armed robbery. Evidence. Sufficiency.

The cause was submitted for the plaintiff in error on the briefs of *Howard B. Eisenberg,* state public defender, and *Ronald L. Brandt,* assistant state public defender, and for the defendant in error on the brief of *Robert W. Warren,* attorney general, and *James H. McDermott* and *Robert D. Martinson,* assistant attorneys general.

Judgment affirmed.